NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**QORVO, INC.,**

*Plaintiff-Appellee*

v.

**AKOUSTIS TECHNOLOGIES, INC., AKOUSTIS, INC.,**

*Defendants-Appellants*

---

2025-1250

---

Appeal from the United States District Court for the District of Delaware in No. 1:21-cv-01417-JPM, Judge Jon P. McCalla.

---

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                    QORVO, INC. V. AKOUSTIS TECHNOLOGIES, INC.

(2)  Each side shall bear their own costs.

FOR THE COURT

June 2, 2025
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** June 2, 2025